FILED

05/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0558

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 19-0558

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHAEL ANDREW BUCK,

      Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant's Unopposed Motion for Extension fo Time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 29, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Signed and dated as indicated below.

ORDER GRANTING EXTENSION OF TIME – 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 7 2020